■ DANIEL WEBER, Appellant, v ARTHUR J. CARLSON et al., as Commissioners of Elections of the County of Erie, and KENNETH MEYERS et al., Respondents.—Order unanimously affirmed, without costs, for the reasons stated at Special Term, Kane, J. (Appeal from order of Erie Supreme Court

—election.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.